No. 03–196. MOSKAL v. DELPHI AUTOMOTIVE SYSTEMS, INC. C. A. 6th Cir. Certiorari denied.

No. 03–204. FLYNT, DBA HUSTLER CASINO AND NORMANDIE CASINO, A PARTNERSHIP v. CALIFORNIA GAMBLING CONTROL COMMISSION ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 03–207. GEE v. RAFFERTY ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–208. GOSPEL MISSIONS OF AMERICA ET AL. v. CITY OF LOS ANGELES, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–209. FLORET, L. L. C., ET AL. v. SENDECKY ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–210. FOLEY v. BERG. Ct. App. Md. Certiorari denied.

No. 03–211. FRANDSEN v. DEPARTMENT OF ENVIRONMENTAL PROTECTION. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 03–213. MORA HOTEL CORP. N. V. ET AL. v. CIBC MELLON TRUST CO., AS TRUSTEE OF CHRYSLER CANADA, LTD.'S BENEFITS PLAN AND OTHERS, ET AL. Ct. App. N. Y. Certiorari denied.

No. 03–214. APAO v. ARM FINANCIAL CORP. C. A. 9th Cir. Certiorari denied.

No. 03–215. BRIDGEPORT MUSIC, INC., ET AL. v. STILL N THE WATER PUBLISHING ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–217. SMITH v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–222. OKLAHOMA CITY, OKLAHOMA v. SMITH. C. A. 10th Cir. Certiorari denied.